JS 45 (1/96)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

**CRIMINAL CASE COVER SHEET**

**Division of Filing**
☒ Western ☐ St. Joseph
☐ Central ☐ Southern
☐ Southwestern

**Place of Offense**
Jackson
County

**Matter to be Sealed**
☐ Secret Indictment
☐ Juvenile

**Defendant Information**
Defendant Name Abrorkhodja Askarkhodjaev
Alias Name Alex, Abdumajid Maksudov, Abror
Birthdate 10/24/1978

**Related Case Information**
Superseding Indictment/Information ☒Yes ☐No
if yes, original case number 09-00143-01/11-CR-W-ODS

New Defendant ☐Yes ☒No
Prior Complaint Case Number, if any ____________

**U.S. Attorney Information**
AUSA William L. Meiners, Cynthia L. Cordes

**Interpreter Needed**
☒ Yes Language and/or dialect Uzbek
☐ No

**Location Status**
Arrest Date_______
☒ Currently in Federal Custody
☐ Currently in State Custody __ Writ Required ☐ Yes ☐ No
☐ Currently on bond

**U.S.C. Citations**
Total # of Counts 126

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:1962-7480.F/7480/4 | RICO - Racketeering | 1 |
| 2 | 18:1962-7480.F/7480/4 | RICO - Racketeering | 2 |
| 3 | 18:1589.F/9954/4 | Forced Labor | 3-62 |

(May be continued on reverse)

**Date 01/05/2010 Signature of AUSA** ***/s/ William L. Meiners, Cynthia L. Cordes***

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | New citation (18 U.S.C. §§ 1351 and 2) | Fraud in Foreign Labor Contracting | 63-83 |
| 5 | 18:1028A.F/4991/4 | Fraud With Identification Documents | 86 |
| 6 | 8:1324.F/8730/4 | Bringing in and Harboring Aliens | 87, 91, 110, 114 |
| 7 | 18:2.F/7990/4 | Principals | 87, 91, 110, 114 |
| 8 | 8:1325.F/8710/4 | Illegal Entry, Concealment of Facts | 88 |
| 9 | 18:1546.F/8730/4 | Fraud and Misuse of Visas/Permits | 89, 90, 106, 112 |
| 10 | 18:1957-4700.F/4700/4 | Fraud, Postal, Interstate Wire, Radio, Etc. | 92-94 |
| 11 | 18:1341.F/4700/4 | Frauds and Swindles | 95-97, 122 |
| 12 | 18:1956-4700.F/4700/4 | Money Laundering-Postal, Interstate Wire, Radio, Etc. | 98 |
| 13 | 8:1324.F/8730/4 | Bringing in and Harboring Aliens | 102, 127 |
| 14 | 18:1956-4700.F/4700/4 | Money Laundering - Postal, Interstate Wire, Radio, Etc. | 103-105 |
| 15 | 18:1951.F/7400/4 | Interference With Commerce By Threat or Violence | 115 |
| 16 | 18:1952-7400.F/7400/4 | Racketeering - Transporting in Aid Of | 116 |
| 17 | 18:1343.F/4700/4 | Fraud By Wire, Radio or Television | 117, 121 |
| 18 | 26:7201.F/4510/4 | Attempt to Evade or Defeat Tax | 128-143 |