UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

# CRIMINAL CASE COVER SHEET

**Division of Filing**
☒ Western
☐ Central
☐ Southwestern
☐ St. Joseph
☐ Southern

**Place of Offense**
Jackson
County

**Matter to be Sealed**
☐ Secret Indictment
☐ Juvenile

**Defendant Information**
Defendant Name Kristin Dougherty
Alias Name ____________
Birthdate 09/06/1960

**Related Case Information**
Superseding Indictment/Information ☒Yes ☐No
if yes, original case number 09-00143-01/11-CR-W-ODS

New Defendant ☐Yes ☒No
Prior Complaint Case Number, if any ______________

**U.S. Attorney Information**
AUSA William L. Meiners, Cynthia L. Cordes

**Interpreter Needed**
☒ Yes Language and/or dialect Uzbek
☐ No

**Location Status**
Arrest Date_______
☒ Currently in Federal Custody
☐ Currently in State Custody ___ Writ Required ☐ Yes ☐ No
☐ Currently on bond

**U.S.C. Citations**
Total # of Counts 4

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:1962-7480.F/7480/4 | RICO - Racketeering | 1 |
| 2 | 18:1962-7480.F/7480/4 | RICO - Racketeering | 2 |
| 3 | 18:1956-4700.F/4700/4 | Money Laundering-Postal, Interstate Wire, Radio, Etc. | 98 |

(May be continued on reverse)

**Date 01/05/2010** **Signature of AUSA** ***/s/ William L. Meiners, Cynthia L. Cordes***

| **Set** | **Index Key/Code/Offense Level** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| 4 | 18:1343.F/4700/4 | Fraud By Wire, Radio or Television | 120 |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |