JS 45 (1/96)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

**CRIMINAL CASE COVER SHEET**

**Division of Filing**
☒ Western ☐ St. Joseph
☐ Central ☐ Southern
☐ Southwestern

**Place of Offense**
Jackson County

**Matter to be Sealed**
☐ Secret Indictment
☐ Juvenile

**Defendant Information**
Defendant Name Viorel Simon
Alias Name Victor
Birthdate 06/10/1981

**Related Case Information**
Superseding Indictment/Information ☒Yes ☐No
if yes, original case number 09-00143-01/11-CR-W-ODS

New Defendant ☐Yes ☒No
Prior Complaint Case Number, if any ________

**U.S. Attorney Information**
AUSA William L. Meiners, Cynthia L. Cordes

**Interpreter Needed**
☒ Yes Language and/or dialect Uzbek
☐ No

**Location Status**
Arrest Date_______
☒ Currently in Federal Custody
☐ Currently in State Custody ___ Writ Required ☐ Yes ☐ No
☐ Currently on bond

**U.S.C. Citations**
Total # of Counts 85

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:1962-7480.F/7480/4 | RICO - Racketeering | 1 |
| 2 | 18:1962-7480.F/7480/4 | RICO - Racketeering | 2 |
| 3 | 18:1589.F/9954/4 | Forced Labor | 3-62 |

(May be continued on reverse)

**Date 01/05/2010 Signature of AUSA** ***/s/ William L. Meiners, Cynthia L. Cordes***

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | New citation (18 U.S.C. §§ 1351 and 2) | Fraud in Foreign Labor Contracting | 63-83 |
| 5 | 8:1324.F/8730/4 | Bringing in and Harboring Aliens | 102, 127 |
| 6 | | | |
| 7 | | | |
| 8 | | | |