UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

# CRIMINAL CASE COVER SHEET

**Division of Filing**
☒ Western
☐ Central
☐ Southwestern
☐ St. Joseph
☐ Southern

**Place of Offense**
Jackson
County

**Matter to be Sealed**
☐ Secret Indictment
☐ Juvenile

**Defendant Information**
Defendant Name Abdukakhar Azizkhodjaev
Alias Name ____________
Birthdate 09/05/1959

**Related Case Information**
Superseding Indictment/Information ☒Yes ☐No
if yes, original case number 09-00143-01/11-CR-W-ODS

New Defendant ☐Yes ☒No
Prior Complaint Case Number, if any ____________

**U.S. Attorney Information**
AUSA William L. Meiners, Cynthia L. Cordes

**Interpreter Needed**
☒ Yes Language and/or dialect Uzbek
☐ No

**Location Status**
Arrest Date_______
☒ Currently in Federal Custody
☐ Currently in State Custody ___ Writ Required ☐ Yes ☐ No
☐ Currently on bond

**U.S.C. Citations**
Total # of Counts 2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:1956-4700.F/4700/4 | Money Laundering-Postal, Interstate Wire, Radio, Etc. | 99, 100 |
| 2 | | | |
| 3 | | | |

**Date 01/05/2010** **Signature of AUSA** ***/s/ William L. Meiners, Cynthia L. Cordes***