IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 09-00143-01-CR-W-ODS |
| ABRORKHODJA ASKARKHODJAEV, | ) |
| Defendant. | ) |

## E X H I B I T  L I S T

| | | |
|---|---|---|
| √ | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| Exhibit | Action | Date | Time | Description |
|---|---|---|---|---|
| 1 | X | 05-09-11 | 10:32 am | One tape transcript of a conversation between Danielle Holliger and defendant on 4-17-07 |
| 2 | √ | " | 10:39 am | One tape transcript of a conversation between Danielle Holliger and defendant on 3-26-08 |
| 3 | " | " | 10:41 am | One tape transcript of a conversation between Danielle Holliger and defendant on 6-26-08 |

I certify that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____
Printed Name

_____
Signature

Case 4:09-cr-00143-ODS   Document 517   Filed 05/06/11   Page 3 of 4

Case 4:09-cr-00143-BCW   Document 520   Filed 05/09/11   Page 1 of 2

| Exhibit | Action | Date | Time | Description |
|---------|--------|------|------|-------------|
| 4 | X | 05-09-11 | 11:13 am | One tape transcript of a conversation between Jakhongir Khakharov and defendant on 1-2-08 |
| 5 | | | | One tape transcript of a conversation between Khurshid Rakimberdiev and defendant on 7-17-08 |
| 6 | | | | One tape transcript of a conversation between Ayoub and defendant on 5-27-08 |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |