UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Sentencing Minute Sheet for the Honorable Ortrie D. Smith

| UNITED STATES OF AMERICA | Case No: 09-00143-01-CR-W-ODS |
|---|---|
| vs. | Date: 05/09/2011 |
| ABRORKHODJA ASKARKHODJAEV | Defendant No: 01 |
| Plaintiff Counsel | Defendant Counsel |
| William Meiners | Abrorkhodja Askarkhodjaev (pro se) |
| | Willie Epps & Evan Montgomery (Stand-by) |
| Time Commenced: 10:00 a.m. | Time Terminated: 12:05 p.m. |

---

__X__ Interpreter Sworn.
__X__ Evidence: 10:18 am-11:25 am Plaintiff presents evidence
__X__ Witness: Danielle Holliger 10:18 a.m. - 10:52 a.m.
        Jakhonjir Kakhkharov 10:53 a.m.-11:25 a.m.
_____ There are NO objections to the P.S.I. OR the Guideline Range.
__X__ There are unresolved issues regarding the P.S.I. and the Guideline Range to be discussed with the Court: The Court sustained the defendant's objection to the total offense level pursuant to the parties agreement, resulting in a total offense level of 32. The Court found pursuant to the plea agreement, Governments request for an imprisonment range of 144 month.

Total Offense Level: 32  Criminal History Category: I  Imprisonment Range: 121 to 151 months
Special Assessment: $400.00  Supervised Release Range: 2 to 3 years
Fine Range: $17,500.00 to $175,000.00
Restitution: $1,007,492.81     OR Not Applicable:

The Defendant is sentenced to Count(s): 2, 63, 86 and 132 of the Superseding Indictment .
_____ Motion is filed by the U.S. Government for Downward Departure.
_____ The Court grants said motion.
__X__ Other Motions: The Court affirms the Magistrate ruling and orally denies appointment of new counsel. The Court relieves counsel and appoints as stand-by, defendant appears pro se. The Court orally denies defendants oral request to withdraw guilty plea.
__X__ Defense counsel statement. Government statement. Defendant statement.
   .
INCARCERATION:
__X__ The Court hereby orders the defendant to serve the following term of incarceration with the FBP: 144 months on each of Counts 2 and 86, and 60 months on each of Counts 63 and 132, all to be served concurrently, for a total term of imprisonment of 144 months.
___X_ The imposed sentence shall run CONCURRENTLY to all counts.
__X__ Defendant is hereby remanded to the custody of U.S. Marshal.
_____ Defendant is allowed to surrender on  by 2:00 p.m
PROBATION:
_____ The Court hereby orders the defendant to serve the following term of Probation.

SUPERVISED RELEASE:
__X__ The Court hereby orders the defendant to the following term of Supervised Release:
     3 years on each of Counts 2, 86, 63, and 132, the terms to run concurrently .
Court Reporter: Cynthia Johnson            Eva Will-Fees, Courtroom Deputy

SPECIAL CONDITIONS OF SUPERVISED RELEASE OR PROBATION: see J&C

FINE:
\_\_\_\_\_ The Court imposes the following fine:
\_\_X\_\_ Fine Waived.
\_\_\_\_\_ Count(s) fine applicable to:_____.

RESTITUTION:
\_\_X\_\_ The Court imposes the following Restitution: $1,007,492.28
\_\_\_\_\_ Not Applicable.
\_\_\_\_\_ Waived.

SPECIAL ASSESSMENT:
\_\_X\_\_ The Court imposes the following Special Assessment: $400.00

RECOMMENDATIONS:
\_\_X\_\_ The Court makes the following recommendations to the FBP: Upon application, the defendant be allowed to participate in the 500 Hour Intensive Substance Abuse Program.

\_\_\_\_\_ The Court Denies the Defendant Federal Benefits for a term of _____ pursuant to _____.

\_\_\_\_\_ Upon oral Motion of the U.S. Govt. the following Counts are dismissed: 1, 3, 4 through 62, 64 through 83, 87, 88, 89, 91, 92-94, 95, 102, 103, 104, 105, 106, 110, 112, 114, 115, 116, 117, 121, 122, 127, 128-131, and 133-143.

\_\_X\_\_ The Court advises the Defendant he/she has 14 days to appeal.