# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-2111

United States of America

Appellee

v.

Abrorkhodja Askarkhodjaev, also known as Alex, also known as Abdumajid Maksudov, also known as Abror

Appellant

___

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:09-cr-00143-ODS-1)

___

**MANDATE**

In accordance with the opinion and judgment of 12/23/2011, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 13, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit