IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

**ORDER OF TRANSFER**

      With the consent of the Honorable Brian C. Wimes the criminal cases on the attached list are hereby transferred to his docket for all further proceedings.

      _S/ Ortrie D. Smith_____
      Ortrie D. Smith
      United States District Judge

Date: May 29, 2012
Kansas City, Missouri

**CRIMINAL CASES TRANSFERRED FROM JUDGE SMITH TO JUDGE WIMES**

| OLD CASE NUMBER | STYLE | NEW CASE NUMBER |
|---|---|---|
| 10-05055-01-CR-SW-ODS | USA v. Gammage | 10-05055-01-CR-SW-BCW |
| 11-05038-01-CR-SW-ODS | USA v. Johnston | 11-05038-01-CR-SW-BCW |
| 12-05013-01-CR-SW-ODS | USA v. Marshall | 12-05013-01-CR-SW-BCW |
| 99-00012-01-CR-W-ODS | USA v. Fisher | 99-00012-01-CR-W-BCW |
| 01-00078-01-CR-W-ODS | USA v. Navarrete | 01-00078-01-CR-W-BCW |
| 03-00222-01-CR-W-ODS | USA v. Ocasio-Castro | 03-00222-01-CR-W-BCW |
| 03-00268-01-CR-W-ODS | USA v. Maxey | 03-00268-01-CR-W-BCW |
| 05-00159-01/02-CR-W-ODS | USA v. Fernandez et al | 05-00159-01/02-CR-W-BCW |
| 06-00298-01/20-CR-W-ODS | USA v. Felix-Moya et al | 06-00298-01/20-CR-W-BCW |
| 07-00168-01-CR-W-ODS | USA v. Wells | 07-00168-01-CR-W-BCW |
| 07-00255-01/05-CR-W-ODS | USA v. Ibarra-Silva et al | 07-00255-01/05-CR-W-BCW |
| 09-00143-01/15-CR-W-ODS | USA v. Askarkhodjaev et al | 09-00143-01/15-CR-W-BCW |
| 10-00076-01-CR-W-ODS | USA v. Essary | 10-00076-01-CR-W-BCW |
| 10-00306-01/03-CR-W-ODS | USA v. Galstyan et al | 10-00306-01/03-CR-W-BCW |
| 10-00318-01/02-CR-W-ODS | USA v. Camp et al | 10-00318-01/02-CR-W-BCW |
| 10-00332-01/12-CR-W-ODS | USA v. Hawkins et al | 10-00332-01/12-CR-W-BCW |
| 10-00333-01-CR-W-ODS | USA v. Foster | 10-00333-01-CR-W-BCW |
| 10-00336-01/03-CR-W-ODS | USA v. Rashid et al | 10-00336-01/03-CR-W-BCW |
| 10-00342-01/02-CR-W-ODS | USA v. Fisher et al | 10-00342-01/02-CR-W-BCW |
| 10-00352-01-CR-W-ODS | USA v. Wolf | 10-00352-01-CR-W-BCW |
| 11-00036-01-CR-W-ODS | USA v. Diallo | 11-00036-01-CR-W-BCW |
| 11-00046-01/09-CR-W-ODS | USA v. Jacobs et al | 11-00046-01/09-CR-W-BCW |
| 11-00071-01-CR-W-ODS | USA v. Bradford | 11-00071-01-CR-W-BCW |
| 11-00075-01-CR-W-ODS | USA v. Gray | 11-00075-01-CR-W-BCW |
| 11-00101-01-CR-W-ODS | USA v. Jones | 11-00101-01-CR-W-BCW |
| 11-00106-01/04-CR-W-ODS | USA v. Garcia-Barajas et al | 11-00106-01/04-CR-W-BCW |
| 11-00135-01-CR-W-ODS | USA v. Halliburton | 11-00135-01-CR-W-BCW |
| 11-00136-01-CR-W-ODS | USA v. Harrell | 11-00136-01-CR-W-BCW |
| 11-00167-01-CR-W-ODS | USA v. Diaz | 11-00167-01-CR-W-BCW |
| 11-00172-01-CR-W-ODS | USA v. Johnson | 11-00172-01-CR-W-BCW |
| 11-00186-01-CR-W-ODS | USA v. Wiggins | 11-00186-01-CR-W-BCW |
| 11-00202-01-CR-W-ODS | USA v. Fox | 11-00202-01-CR-W-BCW |
| 11-00207-01/08-CR-W-ODS | USA v. Gomez-Correa et al | 11-00207-01/08-CR-W-BCW |
| 11-00208-01-CR-W-ODS | USA v. Hernandez | 11-00208-01-CR-W-BCW |
| 11-00221-01/02-CR-W-ODS | USA v. Hart et al | 11-00221-01/02-CR-W-OBCW |
| 11-00223-01/14-CR-W-ODS | USA v. Poynter et al | 11-00223-01/14-CR-W-BCW |
| 11-00250-01-CR-W-ODS | USA v. Berry | 11-00250-01-CR-W-BCW |
| 11-00252-01-CR-W-ODS | USA v. Diamond | 11-00252-01-CR-W-BCW |
| 11-00256-01-CR-W-ODS | USA v. Mann | 11-00256-01-CR-W-BCW |
| 11-00263-01/02-CR-W-ODS | USA v. Verduzco-Morett et al | 11-00263-01/02-CR-W-BCW |
| 11-00273-01-CR-W-ODS | USA v. Garth | 11-00273-01-CR-W-BCW |
| 11-00275-01-CR-W-ODS | USA v. Snow | 11-00275-01-CR-W-BCW |
| 11-00300-01-CR-W-ODS | USA v. Willard | 11-00300-01-CR-W-BCW |

| | | |
|---|---|---|
| 11-00305-01/05-CR-W-ODS | USA v. Robles-Martinez et al | 11-00305-01/05-CR-W-BCW |
| 12-00005-01-CR-W-ODS | USA v .King | 12-00005-01-CR-W-BCW |
| 12-00008-01-CR-W-ODS | USA v. Miranda | 12-00008-01-CR-W-BCW |
| 12-00014-01-CR-W-ODS | USA v. Newton | 12-00014-01-CR-W-BCW |
| 12-00030-01-CR-W-ODS | USA v. Washburn | 12-00030-01-CR-W-BCW |
| 12-00037-01-CR-W-ODS | USA v. Everett | 12-00037-01-CR-W-BCW |
| 12-00047-01-CR-W-ODS | USA v. Jones | 12-00047-01-CR-W-BCW |
| 12-00056-01-CR-W-ODS | USA v. Dunham | 12-00056-01-CR-W-BCW |
| 12-00062-01/02-CR-W-ODS | USA v. Hawkins et al | 12-00062-01/02-CR-W-BCW |
| 12-00072-01/31-CR-W-ODS | USA v. Almeida-Perez et al | 12-00072-01/31-CR-W-BCW |
| 12-00083-01-CR-W-ODS | USA v. Harris | 12-00083-01-CR-W-BCW |
| 12-00087-01-CR-W-ODS | USA v. Swartz | 12-00087-01-CR-W-BCW |
| 12-00088-01-CR-W-ODS | USA v. Jackson | 12-00088-01-CR-W-BCW |
| | | |
| 05-06011-01/08-CR-SJ-ODS | USA v. Valenzuela et al | 05-06011-01/08-CR-SJ-BCW |
| 09-06012-01-CR-SJ-ODS | USA v. Taylor | 09-06012-01-CR-SJ-BCW |
| 12-06004-01-CR-SJ-ODS | USA v. Ajanel-Castro | 12-06004-01-CR-SJ-BCW |
| 12-06006-01-CR-SJ-ODS | USA v. Singleton | 12-06006-01-CR-SJ-BCW |
| | | |
| 01-03066-01-CR-S-ODS | USA v. Jolivet | 01-03066-01-CR-S-BCW |
| 08-03125-01/20-CR-S-ODS | USA v. Nunez et al | 08-03125-01/20-CR-S-BCW |
| 09-03065-01-CR-S-ODS | USA v. O'Dell | 09-03065-01-CR-S-BCW |
| 09-03099-01-CR-S-ODS | USA v. Dunlop | 09-03099-01-CR-S-BCW |
| 10-03006-01-CR-S-ODS | USA v. Doe | 10-03006-01-CR-S-BCW |
| 10-03016-01-05/07-12-CR-S-ODS | USA v. Spencer et al | 10-03016-01-05/07-12-CR-S-BCW |
| 10-03069-10-CR-S-ODS | USA v. Morgan | 10-03069-10-CR-S-BCW |
| 10-03084-01-CR-S-ODS | USA v. Ledbetter | 10-03084-01-CR-S-BCW |
| 11-03002-01/02-CR-S-ODS | USA v. Dailey et al | 11-03002-01/02-CR-S-BCW |
| 11-03025-01/02-CR-S-ODS | USA v. Blair et al | 11-03025-01/02-CR-S-BCW |
| 11-03066-01-CR-S-ODS | USA v. Fields | 11-03066-01-CR-S-BCW |
| 11-03072-01-CR-S-ODS | USA v. Orona | 11-03072-01-CR-S-BCW |
| 11-03094-01-CR-S-ODS | USA v. Morris | 11-03094-01-CR-S-BCW |
| 11-03102-01-CR-S-ODS | USA v. Moore | 11-03102-01-CR-S-BCW |
| 12-03002-01-CR-S-ODS | USA v. Mann | 12-03002-01-CR-S-BCW |
| 12-03020-01-CR-S-ODS | USA v. Barks | 12-03020-01-CR-S-BCW |
| 12-03029-01-CR-S-ODS | USA v. Mack | 12-03029-01-CR-S-BCW |
| 12-03035-01-CR-S-ODS | USA v. Sturm | 12-03035-01-CR-S-BCW |